UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 21-1284 MWF (SPx)**                    Date:  December 02, 2021

Title      **Marlon Hawkins v. Radnet Managed Imaging Services, Inc., et al.**

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

|                     Rita Sanchez                     |                     Not Reported                     |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on July 30, 2021 (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on October 28, 2021.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 17, 2021**.

■  BY PLAINTIFF:  PROOFS OF SERVICE of Summons and Complaint.

A review of the docket report reflects that Defendants Anesthesia and Intensive Care Specialists, LLP, Infinity Capital Management, and Las Vegas Pharmacy, have not been served with the Summons and Complaint.  Plaintiff shall file Proofs of Service as to these Defendants no later than **DECEMBER 20, 2021.**

If the time for these Defendants to respond to the Complaint has passed, Plaintiff shall concurrently file new or renewed Applications for Default Judgment.

If the time for these Defendants to respond to the Complaint has not yet passed, Plaintiff shall file new or renewed Applications for Default Judgment within five calendar days after the responsive deadline has passed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 21-1284 MWF (SPx)**                          Date:  December 02, 2021

Title      **Marlon Hawkins v. Radnet Managed Imaging Services, Inc., et al.**

Alternatively, Plaintiff may voluntarily dismiss Defendants Anesthesia and Intensive Care Specialists, LLP, Infinity Capital Management, and Las Vegas Pharmacy.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **December 20, 2021** will result in the dismissal of Defendants Anesthesia and Intensive Care Specialists, LLP, Infinity Capital Management, and Las Vegas Pharmacy from this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm