UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Date: January 6, 2022

**EDCV 20-557 MWF (SPx):**
    Marlon Hawkins v. The City of Barstow, CA, et al.
**EDCV 21-1284 MWF (SPx):**
    Marlon Hawkins v. Radnet Managed Imaging Services, Inc., et al.

| Present: The Honorable: | MICHAEL W. FITZGERALD, United States District Judge |
|---|---|

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER**

The Court has reviewed various filings in these two cases. After reviewing the docket reports and these filings, the Court now **ORDERS** as follows:

### EDCV 20-557:

This case was closed on December 23, 2020. See Orders dismissing individual defendants and the City of Barstow. (Docket Nos. 47 and 48). The Stipulation between Plaintiff and William Muir MD, LTD ("Muir") and Anesthesia and Intensive Care Specialists, LLP ("AICS") (Docket No. 49) is **STRICKEN**. Despite adding Muir and AICS to the docket as "movants," these entities are not named parties in this action.

### EDCV 21-1284:

Plaintiff and Defendant Capital Financing filed a Stipulation to Withdraw Application for Default Judgment. (Stipulation, Docket No. 70). The Court **GRANTS** the Stipulation and **ORDERS** the Default as to Defendant Capital

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Date: January 6, 2022

**EDCV 20-557 MWF (SPx):**
    Marlon Hawkins v. The City of Barstow, CA, et al.
**EDCV 21-1284 MWF (SPx):**
    Marlon Hawkins v. Radnet Managed Imaging Services, Inc., et al.

---

Financing (**Docket No. 37**) **VACATED**. The Court further **ORDERS** the Application for Default Judgment as to Capital Financing (**Docket No. 67**) **DENIED** as moot; the hearing as to this Application on January 24, 2022 is **VACATED**. Defendant Capital Financing's response to the Complaint shall be filed no later than **January 12, 2022**.

    A further review of the docket in this case reflects the following:

- Default against Defendant Anesthesia and Intensive Care Specialists, LLP has not been entered. See Notice of Deficiency filed November 19, 2021. (Docket No. 36). Since default has not been entered as to this Defendant, the Application for Default Judgment filed December 15, 2021 (**Docket No. 66**) is **DENIED** without prejudice.
- Default against Defendant Las Vegas Pharmacy has not been entered. See Notice of Deficiency filed November 19, 2021. (Docket No. 39). Since default has not been entered as to this Defendant, the Application for Default Judgment filed December 15, 2021 (**Docket No. 68**) is **DENIED** without prejudice.

    As to Defendant William Muir MD, LTD, default was entered on November 19, 2021. (Docket No. 42). The Application for Default Judgment filed December 15, 2021 as to this Defendant remains set for January 24, 2022. (Docket No. 63). Should the parties wish to set aside this default and withdraw the Application for Default Judgment, a properly filed Stipulation must be filed no later than **January 12, 2022**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Date: January 6, 2022

**EDCV 20-557 MWF (SPx):**
   **Marlon Hawkins v. The City of Barstow, CA, et al.**
**EDCV 21-1284 MWF (SPx):**
   **Marlon Hawkins v. Radnet Managed Imaging Services, Inc., et al.**

---

    The Court notes that multiple filings have been stricken. Particularly in a case involving this many parties, docket entries should be clear (including names of relevant parties and/or relevant docket numbers).

    Finally, the Court did not receive any word-processing versions of the proposed Orders filed with the Stipulations. Compliance with the Local Rules is mandatory, and non-compliance will result in documents being stricken.

    IT IS SO ORDERED.

Initials of Preparer: RS/sjm