NIHAT DENIZ BAYRAMOGLU, ESQ.
(California Bar No. 294922)
Deniz@bayramoglu-legal.com
DAVID SILVER, ESQ.
(California Bar Bo. 312445)
David@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404
*Attorneys for Defendants*
*Anesthesia and Intensive Care Specialists, LLP*
*and William Muir MD, LTD.*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON HAWKINS.<br><br>          Plaintiff,<br>vs.<br><br>RADNET MANAGED IMAGING SERVICES, INC.; WILLIAM MUIR MD, LTD; FORENSIC SPECIALISTS, LTD; CAPITAL FINANCING; ANESTHESIA AND INTENSIVE CARE SPECIALISTS, LLP; SIMONMED IMAGING A PROFESSIONAL CORPORATION; INFINITY CAPITAL MANAGEMENT; LAS VEGAS PHARMACY<br><br>          Defendants. | Case No.: 5:21-cv-01284-MWF-SP<br><br>**ORDER APPROVING STIPULATION TO SET ASIDE DEFAULTS AS TO WILLIAM MUIR MD, LTD AND ANESTHESIA AND INTENSIVE CARE SPECIALISTS LLP.** |

 ORDER APPROVING STIPULATION TO SET ASIDE DEFAULTS AS TO WILLIAM MUIR MD, LTD AND ANESTHESIA AND INTENSIVE CARE SPECIALISTS LLP.

The Court has reviewed and considered the Stipulation of the parties to set aside default as to William Muir MD, LTD ("Muir") and Anesthesia and Intensive Care Specialists LLP ("AICS") and to give them additional time to answer (Docket No. 87), and for good cause shown, HEREBY ORDERS:

1. Plaintiff's Application for Default Judgment as to Muir (**Docket No. 63**) is **WITHDRAWN**.
2. The default entered on November 19, 2021 (**Docket No. 42**) as to Muir is **VACATED**.
3. Defendants Muir and AICS shall have until June 3, 2022 to file an answer.

**IT IS SO ORDERED.**

Dated: June 3, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

PAGE **2** OF **2**

**ORDER APPROVING STIPULATION TO SET ASIDE DEFAULTS AS TO WILLIAM MUIR MD, LTD AND ANESTHESIA AND INTENSIVE CARE SPECIALISTS LLP.**