UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES—GENERAL</u>

**Case No.** CV 21-1284-MWF (SP)  **Date:** September 29, 2022

**Title:**  Marlon Hawkins v. Radnet Managed Imaging Services, Inc. et al

**Present:** <u>The Honorable MICHAEL W. FITZGERALD, U.S. District Judge</u>

Deputy Clerk:                                       Court Reporter:
Rita Sanchez                                       Not Reported

Attorneys Present for Plaintiff:        Attorneys Present for Defendant:
None Present                                    None Present

**Proceedings (In Chambers):**    ORDER GRANTING INTERPLEADER PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT [64] [65] [69]

Before the Court is Interpleader Plaintiff Marlon Hawkins's Motions for Default Judgment Against Defendants Radnet Managed Imaging Services, Inc., Forensic Specialists, Ltd., and SimonMed Imaging ("Motions"), each filed on December 15, 2022. (Docket Nos. 64, 65, 69). Defendants did not file Oppositions.

The Motions were noticed to be heard on **January 24**, **2022**. The Court read and considered the papers on the Motions and deemed the matters appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing was therefore **VACATED** and removed from the Court's calendar. Vacating the hearing was also consistent with General Order 21-08 and Order of the Chief Judge 21-124 arising from the COVID-19 pandemic.

The Motions are **GRANTED**. Having reviewed the filings in this action, the Court is satisfied that Plaintiff has met all the procedural requirements for obtaining a default judgment against Defendants. Plaintiffs served Defendant SimonMed Imaging via personal service on October 6, 2021. (Docket No. 27). Plaintiffs served Defendant Radnet Managed Imaging Services via personal service on October 8, 2021. (Docket No. 28). Defendants Simonmed Imaging acknowledged receipt of service on October 5, 2021. (Docket No. 25).

Default was requested against Defendants on November 17, 2021 and entered on November 19, 2021. (Docket Nos. 31, 33, 34, 38, 40, 41). Plaintiff's counsel Rodney

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES—GENERAL</u>

**Case No.  CV 21-1284-MWF (SP)**          **Date:  September 29, 2022**
**Title:**     Marlon Hawkins v. Radnet Managed Imaging Services, Inc. et al

Diggs filed a declaration that Notice of the Request of Default was served on defaulting Defendants.  (Docket Nos. 64, 65, 69).

Accordingly, Plaintiff has satisfied the procedural requirements for obtaining entry of a default judgment.

Having reviewed Plaintiff's Motions, the authorities cited therein, and the record in the action, the Court **ORDERS AS FOLLOWS:**

Interpleader Defendants Radnet Managed Imaging Services, Inc., Forensic Specialists, Ltd., and SimonMed Imaging are permanently enjoined and restrained from instituting against Plaintiff any suit, action, or proceeding, administrative or otherwise, related to their claims to the underlying $15,000 settlement in this interpleader action.

Plaintiff and the remaining interpleader Defendants may resubmit the Stipulation to Dismiss Interpleader and Disburse Funds omitting Radnet Managed Imaging Services, Inc., Forensic Specialists, Ltd., and SimonMed Imaging.

IT IS SO ORDERED.